UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EMANUEL DELACRUZ, ON BEHALF
OF HIMSELF AND ALL OTHER
PERSONS SIMILARLY SITUATED,

    Plaintiffs,

  v.

GIANT BICYCLE, INC.,

    Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action No.: 1:23-cv-5490

**NOTICE OF VOLUNTARY DISMISSAL**

  Plaintiff(s), EMANUEL DELACRUZ, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action with prejudice and without fees and costs against Defendant, GIANT BICYCLE, INC.

Dated: New York, New York
    December 3, 2023

**GOTTLIEB & ASSOCIATES**

<u>s/Dana L. Gottlieb</u>
Dana L. Gottlieb, Esq (DG-6151)
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street
Suite PHR
150 East 18th Street
New York, New York 10003
(212)879-0240
Attorneys for Plaintiffs

SO ORDERED:

_____
United States District Court Judge